# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHANE VESTON GATLIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-00421-CV-W-DPR-SSA |
| FRANK BISIGNANO,<br>Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion for Attorney Fees under 42 U.S.C. § 406(b). (Doc. 36.) Plaintiff's attorney, Roger Driskill, requests an award in the amount of $25,000.00 as a fee for his representation of Plaintiff in this action. Defendant neither supports nor opposes the request. (Doc. 39.) Upon review, the fee requested is consistent with the Attorney Fee Contract between Plaintiff and Mr. Driskill and does not exceed the statutory maximum of 25% of the past-due benefits awarded to Plaintiff. In addition, the fee requested is reasonable.

Therefore, the Motion for Attorney Fees is **GRANTED**. Pursuant to 42 U.S.C. § 406(b), Roger Driskill is awarded a fee for representation in the amount of $25,000.00. Furthermore, Mr. Driskill shall refund to Plaintiff the amount of $7,500.00, paid previously as an attorney fee under the Equal Access to Justice Act.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 29, 2025

---

[1] Frank Bisignano became Commissioner of Social Security on May 7, 2025. Pursuant to Fed. R. Civ. P. 25(d)(1), Mr. Bisignano is substituted for Kilolo Kijakazi as the defendant in this suit. By reason of the last sentence of 42 U.S.C. § 405(g), no further action need be taken.